IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McDaniel, Dawn T | Case Number: 05 B 53554 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/19/07 | Filed: 10/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: November 12, 2007
Confirmed: December 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,900.00 | |
| Secured: | | 2,615.61 |
| Unsecured: | | 4,917.79 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 505.57 |
| Other Funds: | | 161.03 |
| Totals: | 9,900.00 | 9,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 1,700.00 | 1,700.00 |
| 2. | Nuvell Credit Company LLC | Secured | 2,615.61 | 2,615.61 |
| 3. | Capital One | Unsecured | 891.14 | 891.14 |
| 4. | Capital One | Unsecured | 1,168.86 | 1,168.86 |
| 5. | Nuvell Credit Company LLC | Unsecured | 2,717.79 | 2,717.79 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 140.00 | 140.00 |
| 7. | Chase Manhattan Mortgage Corp | Secured | | No Claim Filed |
| 8. | Card Protection Association | Unsecured | | No Claim Filed |
| 9. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 10. | Credit Protection Association | Unsecured | | No Claim Filed |
| 11. | Encore | Unsecured | | No Claim Filed |
| 12. | Nicor Gas | Unsecured | | No Claim Filed |
| 13. | AMCA | Unsecured | | No Claim Filed |
| 14. | Providian Bank | Unsecured | | No Claim Filed |
| 15. | Encore | Unsecured | | No Claim Filed |
| 16. | Janus Patel & Mullin | Unsecured | | No Claim Filed |
| | | | $ 9,233.40 | $ 9,233.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 190.57 |
| 5% | 73.69 |
| 4.8% | 143.11 |
| 5.4% | 98.20 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McDaniel, Dawn T

Printed:  12/19/07

Case Number:  05 B 53554
Judge:  Wedoff, Eugene R
Filed:  10/13/05

_____
$ 505.57

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

